UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60881-CIV-SINGHAL/HUNT

THOMAS ZANGARI,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** has come before the Court upon the Report and Recommendation (DE [7]) entered by the Magistrate Judge recommending that case be dismissed for failure to state a claim on which relief can be granted, pursuant to 28 U.S.C. § 1915(e). The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DE [7]) is **AFFIRMED** and **ADOPTED**. This cause stands **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of October 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
Plaintiff, *pro se,* by US Mail